1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Herman Reza

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

10

11 HERMAN REZA,                          ) Case No.: CV 10-7120 RZ
                                          )
12         Plaintiff,                     ) /PROPOSED/ ORDER OF
                                          ) DISMISSAL
13     vs.                                )
                                          )
14 MICHAEL J. ASTRUE,                     )
   Commissioner of Social Security,       )
15                                        )
           Defendant.                     )
16                                        )
                                          )
17 _____)

18     The above captioned matter is dismissed with prejudice, each party to bear

19 its own fees, costs, and expenses.

20     IT IS SO ORDERED.

21 DATE: April 13, 2011
                                          _____
22                                        THE HONORABLE RALPH ZAREFSKY
                                          UNITED STATES MAGISTRATE JUDGE
23

24

25

26

1 | Respectfully submitted,
2 | LAW OFFICES OF LAWRENCE D. ROHLFING
3 | /s/ Lawrence D. Rohlfing
4 | Lawrence D. Rohlfing
5 | Attorney for plaintiff Herman Reza
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26